UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

NATASHA WELLS

    Plaintiff

V.

YALE UNIVERSITY and BRIAN
DONNELLY

    Defendants

CIVIL ACTION NO.

10 CV 2000 (CFD)

DECEMBER 17, 2010

NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Defendants Yale University and Brian Donnelly hereby respectfully state the following:

1.    An action was commenced by Natasha Wells in the Superior Court of the State of Connecticut in and for the Judicial District of New Haven at New Haven, entitled *Natasha Wells vs. Yale University and Brian Donnelly,* bearing a return date of January 11, 2011.

2. By service of Summons and Complaint within thirty days hereof, the plaintiff commenced her action against the defendants. Copies of all pleadings served upon the defendants in said action are annexed hereto as Exhibit A.

3. The above-described action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. §§ 1331 and 1343 and is one which may be removed to this Court by the defendants pursuant to the provisions of 28 U.S.C. § 1441. This Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

4. The action is removable under 28 U.S.C. § 1441 because this is a civil action over which the United States District Court has jurisdiction. The plaintiff asserts claims under 42 U.S.C. §§ 1983 and 1988.

5. Plaintiff has alleged conduct by the defendants that, if proven to be true, could constitute a violation of the plaintiff's civil rights secured under the Fourth Amendment to the United States Constitution, 42 U.S.C. §§ 1983 and 1988. In particular, the plaintiff has alleged that the individual defendant, while acting under the color of law, caused her to be subjected to the use of

excessive force in the course of an arrest.  The plaintiff also alleges that the individual defendant was duly employed by the defendant Yale University.

6. This Notice of Removal is being filed with this Court within thirty (30) days after receipt by the defendants of the initial pleading setting forth the claims for relief upon which this action is based.  Service was made upon the defendants on December 3, 2010.  Accordingly, this Notice of Removal is being filed within the 30-day period provided for under 28 U.S.C. § 1446(b).

7. All defendants have joined in this Notice of Removal.

8. In the Complaint filed in state court, attached hereto as Exhibit A, the plaintiff did not demand a trial by jury.  Pursuant to Rule 38, Fed. R. Civ. P., the defendants will file, concurrent with this pleading, a demand for a trial by jury on all claims asserted by the plaintiff.  See Demand for Jury Trial attached hereto as Exhibit B.

9. Attached hereto as Exhibit C is a copy of the Notice of Filing of Notice of Removal, which is being filed with the New Haven Superior Court.

WHEREFORE, the defendants in the action now pending in the Superior Court, State of Connecticut, Judicial District of New Haven at New Haven, pray that such action be removed to this Court.

DEFENDANTS
YALE UNIVERSITY and
BRIAN DONNELLY

BY: _____
Kevin C. Shea
CLENDENEN & SHEA, LLC
400 Orange Street
New Haven, CT 06511
203/787-1183
Fed. Juris # ct13781

CERTIFICATION:

This is to certify that a copy of the foregoing was mailed postage prepaid to John R. Williams, Esq., 51 Elm Street, New Haven, Connecticut 06510, counsel for the plaintiff Natasha Wells, on the 17th day of December 2010.

_____
CLENDENEN & SHEA, LLC

4

**SUMMONS - CIVIL**
JD-CV-1 Rev. 10-09
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

**STATE OF CONNECTICUT
SUPERIOR COURT**
www.jud.ct.gov

See page 2 for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 235 Church Street, New Haven, CT 06510 | (203) 503-6800 | January 11, 2011 |

| ☒ Judicial District ☐ Housing Session | G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) New Haven | Case type code (See list on page 2) Major: T    Minor: 40 |
|---|---|---|---|

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| John R. Williams, 51 Elm Street, New Haven, CT 06510 | 067962 |

| Telephone number (with area code) | Signature of Plaintiff (if self-represented) |
|---|---|
| (203) 562-9931 | |

Number of Plaintiffs: 1    Number of Defendants: 2    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Wells, Natasha<br>Address: 23 Hubinger Street, New Haven, CT 06511 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name: Yale University<br>Address: c/o General Counsel, 2 Whitney Avenue (6th Floor), New Haven, CT 06511 | D-50 |
| Additional Defendant | Name: Donnelly, Brian<br>Address: Yale Police, c/o General Counsel, 2 Whitney Avenue (6th Floor), New Haven, CT 06511 | D-51 |
| Additional Defendant | Name:<br>Address: | D-52 |
| Additional Defendant | Name:<br>Address: | D-53 |

## Notice to Each Defendant

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left John R. Williams | Date signed 11/29/2011 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date |
|---|---|---|

Name and address of person recognized to prosecute in the amount of $250
Michael Sipes, 51 Elm Street, New Haven, CT 06510

| Signed (Official taking recognizance; "X" proper box) | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Date 11/29/2011 | Docket Number |
|---|---|---|---|

(Page 1 of 2)

RETURN:     JANUARY 11, 2011

| | |
|---|---|
| NATASHA WELLS | : SUPERIOR COURT |
| VS. | : JUDICIAL DISTRICT |
| | : OF NEW HAVEN |
| YALE UNIVERSITY and | : |
| BRIAN DONNELLY | : NOVEMBER 29, 2010 |

## COMPLAINT

### COUNT ONE

1. The plaintiff is an adult citizen of the United States who resides in New Haven, Connecticut.

2. The defendant Yale University is a private institution of higher learning located in the City of New Haven.

3. The defendant Brian Donnelly is a Yale Police Officer, employed by the defendant Yale University. At all times herein mentioned, he was acting as the agent, servant and employee of the defendant Yale University for its economic benefit and within the scope of his employment.

4. Shortly before 10:00 p.m. on August 5, 2010, on St. Ronan Street near the intersection of Canner Street in New Haven, Connecticut, an area of private homes not affiliated with the defendant Yale University, the defendant Donnelly stopped a motor vehicle being lawfully operated by the plaintiff, detained the

1

plaintiff, and thereafter assaulted and battered the plaintiff, inflicting upon her the injuries hereinafter described.

5. As a proximate result of the actions of the defendant Donnelly described above, the plaintiff suffered contusions of the face, neck and scalp, a crushing injury to her neck, and contusions in multiple areas of her upper limbs.

6. As a further result of the actions of the defendant Donnelly described above, the plaintiff suffered pain, fear, and emotional distress, and was required to obtain medical treatment.

WHEREFORE the plaintiff claims judgment against the defendant Donnelly for compensatory and punitive damages for assault and battery.

## COUNT TWO

1 - 6. Paragraphs 1 through 6 of Count One are hereby made Paragraphs 1 through 6, respectively, of Count Two.

WHEREFORE the plaintiff claims judgment against the defendant Yale University for compensatory and punitive damages for assault and battery.

## COUNT THREE

1. The plaintiff is an adult citizen of the United States who resides in New Haven, Connecticut.

2. The defendant Yale University is a private institution of higher learning located in the City of New Haven.

3. The defendant Brian Donnelly is a Yale Police Officer, employed by the defendant Yale University. At all times herein mentioned, he was acting as the agent, servant and employee of the defendant Yale University for its economic benefit and within the scope of his employment.

4. At all times herein mentioned, the defendants were acting under color of law, that is, under color of the constitution, statutes, laws, rules, regulations, customs and usages of the State of Connecticut.

5. Shortly before 10:00 p.m. on August 5, 2010, on St. Ronan Street near the intersection of Canner Street in New Haven, Connecticut, an area of private homes not affiliated with the defendant Yale University, the defendant Donnelly stopped a motor vehicle being lawfully operated by the plaintiff, arrested the plaintiff, and thereafter assaulted and battered the plaintiff, inflicting upon her the injuries hereinafter described.

6. As a proximate result of the actions of the defendant Donnelly described above, the plaintiff suffered contusions of the face, neck and scalp, a crushing injury to her neck, and contusions in multiple areas of her upper limbs.

7. As a further result of the actions of the defendant Donnelly described above, the plaintiff suffered pain, fear, and emotional distress, and was required

to obtain medical treatment.

8. In the manner described above, the defendant Donnelly used unreasonable force against the plaintiff in the course of an arrest, in violation of the Fourth Amendment to the United States Constitution as enforced through Sections 1983 and 1988 of Title 42 of the United States Code.

WHEREFORE the plaintiff claims judgment against the defendants and each of them, jointly and severally, for compensatory damages, punitive damages, attorney fees and costs, all as provided by Sections 1983 and 1988 of Title 42 of the United States Code.

THE PLAINTIFF

BY_____
JOHN R. WILLIAMS (#67962)
51 Elm Street
New Haven, CT 06510
(203) 562-9931
Fax: (203) 776-9494
jrw@johnrwilliams.com
Her Attorney

RETURN: JANUARY 11, 2011

| | |
|---|---|
| NATASHA WELLS | : SUPERIOR COURT |
| VS. | : JUDICIAL DISTRICT<br>: OF NEW HAVEN |
| YALE UNIVERSITY and<br>BRIAN DONNELLY | : NOVEMBER 29, 2010 |

## PRAYER FOR RELIEF

The plaintiff claims judgment in an amount greater than fifteen thousand dollars ($15,000.00), exclusive of interest and costs.

THE PLAINTIFF

BY: *(signature)*
JOHN R. WILLIAMS (#67962)
51 Elm Street
New Haven, CT 06510
(203) 562-9931
Fax: (203) 776-9494
jrw@johnrwilliams.com
Her Attorney

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

NATASHA WELLS

    Plaintiff

V.                                     CIVIL ACTION NO.

YALE UNIVERSITY and BRIAN DONNELLY

    Defendants                          DECEMBER 17, 2010

### DEMAND FOR JURY TRIAL

Pursuant to Rule 38, Fed. R. Civ. P., the defendants demand a trial by jury on all of the claims alleged by the plaintiff, Natasha Wells.

                                    THE DEFENDANTS
                                    YALE UNIVERSITY and
                                    BRIAN DONNELLY

By:    _____
            Kevin C. Shea
            CLENDENEN & SHEA, LLC
            400 Orange Street
            New Haven, CT 06511
            203/787-1183
            Fed. Juris # ct13781

**CERTIFICATION**:

This is to certify that a copy of the foregoing was mailed postage prepaid to John R. Williams, Esq., 51 Elm Street, New Haven, Connecticut 06510, counsel for the plaintiff Natasha Wells, on the 17th day of December 2010.

_____
CLENDENEN & SHEA, LLC

RETURN DATE:  JANUARY 11, 2011

| | |
|---|---|
| NATASHA WELLS | SUPERIOR COURT |
| VS. | JUDICIAL DISTRICT OF NEW HAVEN AT NEW HAVEN |
| YALE UNIVERSITY and BRIAN DONNELLY | DECEMBER 17, 2010 |

NOTICE OF FILING OF NOTICE OF REMOVAL

The defendants, Yale University and Brian Donnelly, through their attorneys, Clendenen & Shea, LLC, hereby certify that they have filed a Notice of Removal of the above-captioned action to the United States District Court for the District of Connecticut on December 17, 2010.  A copy of said notice is attached hereto as Exhibit A.

DEFENDANTS
YALE UNIVERSITY and
BRIAN DONNELLY

BY: _____
Kevin C. Shea
CLENDENEN & SHEA, LLC
400 Orange Street
New Haven, CT  06511
203/787-1183
Fed. Juris # ct13781

**CERTIFICATION:**

This is to certify that a copy of the foregoing was mailed postage prepaid to John R. Williams, Esq., 51 Elm Street, New Haven, Connecticut 06510, counsel for the plaintiff Natasha Wells, on the 17th day of December 2010.

CLENDENEN & SHEA, LLC