UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATASHA WELLS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Number 3:10cv2000 (HBF) |
| | : |
| YALE UNIVERSITY, | : |
| BRIAN DONNELLY, | : |
| | : |
| Defendants. | : |

## JUDGMENT

An [92] Order, filed on July 28, 2014 setting a response deadline for the Plaintiff and directing that if the deadline was not met, the Clerk of Court was to then dismiss and close this case. The deadline having no been met, this action is dismissed and the case is closed.

It is hereby  ORDERED and ADJUDGED and DECREED that judgment is entered dismissing the action for failure to prosecute and the case is closed.

Dated at Bridgeport, Connecticut, this 9th day of September 2014.

ROBERTA D. TABORA, CLERK


By /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD:   9/9/2014