UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATASHA WELLS, | : | CIVIL ACTION NO.: |
| PLAINTIFF, | : | 3:10cv2000 (HBF) |
| v. | : | |
| YALE UNIVERSITY AND BRIAN DONNELLY | : | |
| DEFENDANTS | : | NOVEMBER 13, 2014 |

### SUPPLEMENTAL BILL OF COSTS

Pursuant to Order on Defendants' Bill of Costs (Doc. No. 96), filed on October 30, 2014, the defendants respectfully submit their supplemental bill of costs. Judgment having been entered in the above entitled action on September 9, 2014 against Natasha Wells, the clerk is requested to tax the following as costs:

1. Fees for service of summons and subpoena in the amount of $50.80; and

2. Fees for printed or electronically recorded transcripts necessarily obtained for use in the case in the mount of $1,787.85.

THE DEFENDANTS, YALE UNIVERSITY
AND BRIAN DONNELLY

By: _____
KEVIN C. SHEA ct13781
Clendenen & Shea, LLC
400 Orange Street
New Haven, Connecticut  06511
203/787-1183

CERTIFICATION:

This is to certify that a copy of the foregoing has been sent to all required notification parties either via operation of the Court's electronic notification system or by first-class mail, postage pre-paid to anyone unable to accept such notification on this 13th day of November 2014.

_____
CLENDENEN & SHEA, LLC